THE HONORABLE MARY JO HESTON
CHAPTER 13
HEARING DATE: February 14, 2019
HEARING TIME: 1:00 P.M.
LOCATION: Tacoma, Washington
RESPONSE DATE: February 7, 2019

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 18-40001-MJH |
|---|---|
| CRAIG D MARTIN and HENRIETTA A MARTIN, Debtors. | NOTICE OF AND MOTION FOR DISMISSAL PURSUANT TO 11 U.S.C. § 1307(c) |

## NOTICE

**YOU ARE HEREBY NOTIFIED** that a hearing on Trustee's Motion to Dismiss will be heard before the Honorable Mary Jo Heston at **1:00 P.M. on February 14, 2019**, at the U.S. Bankruptcy Courthouse, 1717 Pacific Avenue, Courtroom H, Tacoma, WA 98402.

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and deliver copies on the undersigned and all interested parties, NOT LATER THAN THE RESPONSE DATE, which is **February 7, 2019**. You should also appear at the time of hearing. If you fail to do so, the Court may enter an order granting the motion without any hearing and without further notice.

NOTICE AND MOTION FOR DISMISSAL          - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## MOTION

**COMES NOW**, Michael G. Malaier, the Chapter 13 Trustee and alleges as follows:

1. Debtors filed this case on **January 2, 2018**. The case was confirmed by order of the Court on **April 21, 2018**.

2. Pursuant to the confirmed plan, Debtors are required to make plan payments of **$3,650.00** per month applied as $100.00 per month ongoing and $3,550.00 per month to cure the plan payment delinquency. Debtors are presently delinquent in plan payments in the amount of **$17,100.00**, supported by the Declaration filed herewith.

3. Debtors have defaulted under the terms of the Plan as follows: § 1307(c)(1) unreasonable delay by the debtor that is prejudicial to the creditors, § 1307(c)(6) failure to remit plan payments.

**WHEREFORE** the Trustee prays that this case be dismissed and closed.

**DATED** this 14th day of January, 2019 at Tacoma, Washington.

_____
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE AND MOTION FOR DISMISSAL     - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600