Below is the Order of the Court.



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

CRAIG D MARTIN and
HENRIETTA A MARTIN,

Debtors.

Case No.: 18-40001-MJH

STRICT COMPLIANCE ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

## AGREED ORDER

**THIS MATTER** having been set for hearing before the above Court upon the Trustee's Motion to Dismiss, the Chapter 13 Standing Trustee, Michael G. Malaier, by and through his attorney, Matthew J.P. Johnson, and Debtors, by and through their attorney, Brown & Seelye PLLC, having come to an agreement, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Debtors will timely make each monthly plan payment that becomes due in the six months following entry of this Order.

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

2. Debtors will file a modified plan resolving the current plan payment delinquency of $13,825.00 with sufficient notice of the same so that the hearing on the motion to modify can be set for hearing on or before March 26, 2019;

3. If Debtors fail to comply with the terms of this Order, the Trustee will mail to the Debtors and to the Debtors' attorney a notice of failure to comply, identifying the default under the terms of this order. Should the Debtors fail to remedy the default identified in the notice within ten (10) days of the mailing date of such notice, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing.

4. The Trustee is required to send notice of default to the Debtors, as noted above, no more than one time. Upon the second default under the terms of this order, the Trustee may submit an *ex parte* order of dismissal to the Court and the Court may dismiss this case without further notice or hearing;

5. This Strict Compliance order resolves the Trustee's Motion to Dismiss originally set for hearing on February 14, 2019.

///End of Order///

Presented by/Stipulated to:

Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

Stipulated to/Notice of Presentment waived by:

Ellen Brown, WSBA# 27992
Attorney for Debtors

STRICT COMPLIANCE ORDER ON TRUSTEE'S
MOTION TO DISMISS CHAPTER 13 CASE - 2