# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

Re:

**CRAIG D. MARTIN**
**HENRIETTA A. MARTIN**

Debtor(s)

In Chapter 13 Proceeding
No. 18-40001-MJH

**ORDER ALLOWING**
**DEBTORS TO REFINANCE**
**REAL PROPERTY**

IT IS HEREBY ORDERED that the above-referenced debtors may refinance their real property located at 9517 134TH St E., Puyallup, WA 98373 with Network Capital Funding Corporation with a principal balance of $307,834 at 5.625% interest and an estimated principal and interest payment of $1772.07 in a 30 year fixed rate mortgage.

///end of order///

Presented by:

_____
Ellen Ann Brown 27992
Attorney for Debtors

1

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200